IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOE SIDWELL,<br><br>           Petitioner,<br><br>v.<br><br>STATE OF UTAH,<br><br>           Respondent. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br><br>Case No. 2:15-CV-284-DN<br><br>District Judge David Nuffer |

Petitioner, Joe Sidwell, filed a *pro se* habeas corpus petition under 28 U.S.C.S. § 2254 (2016).  Reviewing it in an Order dated July 13, 2016, the Court determined it was deficient for a variety of reasons.  The Court then gave Petitioner directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form habeas corpus petition, and ordered him to cure the deficiencies within thirty days.  Petitioner has not since communicated with the Court in any way.

**IT IS THEREFORE ORDERED** that--because of Petitioner's failure to comply with the Court's Order and to prosecute his case--the petition is **DISMISSED**.  This case is **CLOSED**.

DATED this 30th day of September, 2016.

BY THE COURT:

_____

CHIEF JUDGE DAVID NUFFER
United States District Court